UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-23169-ROSENBERG/GOODMAN

MARY ANN GUZY,

    Plaintiff,

v.

QBE SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTIONS FOR ATTORNEYS' FEES AND COSTS

This matter comes before the Court on Defendant, QBE Specialty Insurance Company's Motions for Attorneys' Fees and Costs. DE 84; DE 100. Plaintiff, Mary Ann Guzy, responded to the Motions, [DE 90] and [DE 106], and Defendant replied. DE 107; DE 108. The Motions were referred to the Honorable Jonathan Goodman for a Report and Recommendation. On February 9, 2023, Judge Goodman issued an Omnibus Report and Recommendation recommending that the Motions be granted in part and denied in part. DE 112. Plaintiff filed an Objection to the Report and Recommendation on February 23, 2023. DE 113.

The Court conducted a de novo review of those portions of the Report and Recommendation to which Plaintiff objected and thoroughly considered the Report and Recommendation, the parties' briefing on the Motions, and the record, and is fully advised in the premises. Upon review, the Court finds Judge Goodman's recommendations to be well-reasoned

and correct, and the Court agrees with the factual recitation and analysis in the Report and Recommendation.

Plaintiff objects to the Report and Recommendation's finding that Defendant's Proposal for Settlement complied with Florida Rule of Civil Procedure 1.442(c)(2)(F). DE 113 at 2-3. Plaintiff argues that "Defendant is not entitled to attorney's fees because Defendant's Proposal for Settlement . . . does not state 'whether attorneys' fees are part of [Plaintiff's] legal claim,' as is required by Fla. Civ. P. 1.442(c)(2)(F) and *Horowitz*." *Id.* at 3. This objection simply repeats the argument Plaintiff made in her Response, which the Report and Recommendation thoroughly and accurately rejected. DE 106 at 3; DE 112 at 7-10.

The Proposal for Settlement plainly provides that Defendant's offer was "inclusive of attorney's fees, costs, and all claims for interest sought in this action" and was "made to resolve all claims made." DE 113 Ex. 1 at ¶¶ 3-4. This language is sufficient to satisfy Florida requirements for proposals for settlement. *See Illoominate Media, Inc. v. CAIR Fla., Inc.*, No. 9:19-CV-81179-RAR, 2021 WL 4030008, at *3 (S.D. Fla. Aug. 4, 2021) (offer that "includes any costs and attorney's fees attorney's fees [sic], which are sought or by which Plaintiffs are or may be entitled" satisfied Florida requirements), *aff'd*, 2022 WL 708754 (S.D. Fla. Feb. 3, 2022), *aff'd*, No. 22-10718, 2022 WL 4589357 (11th Cir. Sept. 30, 2022); *Griffin v. Philip Morris USA, Inc.*, No. 3:09-CV-11128, 2014 WL 12619188, at *2 (M.D. Fla. Nov. 3, 2014); *M&M Sisters, LLC v. Scottsdale Ins. Co.*, No. 21-CV-24081, 2022 WL 18717403, at *3, 16 (S.D. Fla. Dec. 19, 2022) (awarding attorneys' fees when proposal for settlement provided amount was "inclusive of attorneys' fees"), *adopted* 2023 WL 2017104 (S.D. Fla. Feb. 15, 2023); *Ramirez v. Scottsdale Ins.*

*Co.*, No. 1:20-CV-22324, 2022 WL 4096728, at *1, 5 (S.D. Fla. Aug. 18, 2022).

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Goodman's Report and Recommendation [DE 112] is **ADOPTED**.

2. Defendant's Motion for Costs [DE 84] and Motion for Attorneys' Fees and Costs [DE 100] are **GRANTED in part and DENIED in part**. Specifically, Defendant is awarded attorneys' fees in the amount of $36,510.50 and taxable costs in the amount of $893.45.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of February, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record