UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-23169-ROSENBERG/GOODMAN

MARY ANN GUZY,

    Plaintiff,

v.

QBE SPECIALTY INSURANCE
COMPANY,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION ON
DEFENDANT'S UNOPPOSED SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES**

    This matter comes before the Court on Defendant, QBE Specialty Insurance Company's Unopposed Motion for Attorneys' Fees. DE 119. Defendant represents in the Motion that Plaintiff, Mary Ann Guzy, does not dispute the requested fees. *Id.* ¶ 17. The Motion was referred to the Honorable Jonathan Goodman for a Report and Recommendation. On April 12, 2023, Judge Goodman issued a Report and Recommendation recommending that the Motion be granted. DE 125. Neither party filed objections to the Report and Recommendation.

    The Court thoroughly considered the Report and Recommendation, the Motion, and the record, and is fully advised in the premises. Upon review, the Court finds Judge Goodman's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and analysis in the Report and Recommendation.

    For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Goodman's Report and Recommendation [DE 125] is **ADOPTED**.

2. Defendant's Supplemental Motion for Attorneys' Fees [DE 119] is **GRANTED**. Specifically, Defendant is awarded attorneys' fees in the amount of $30,187.00.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of April, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record