IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23169

MARY ANN GUZY,

      Plaintiff,

vs.

QBE SPECIALTY INSURANCE
COMPANY,

      Defendant.
_____/

## SATISFACTION OF JUDGMENT

COMES NOW, the Defendant QBE SPECIALTY INSURANCE COMPANY, by and through the undersigned, and certifies that all sums due under the Final Judgment Order [D.E. 131] entered by this Court on May 15, 2023, have been fully paid, and that the final judgment is hereby satisfied.

BY: _____
Counsel for QBE Specialty Insurance Company

Dated this 18th day of July, 2023

STATE OF FLORIDA
COUNTY OF MIAMI-DADE
BEFORE ME, the undersigned authority, Tracy A. Jurgus personally appeared the above-referenced signator, who produced legally sufficient identification to me, and who executed the foregoing Satisfaction of Judgment in my presence and acknowledge that she signed same as her free act and deed.
SWORN TO AND SUBSCRIBED before me on this 18th day of July, 2023.
_Anna Zagoriy_
NOTARY PUBLIC
State of Florida
My Commission Expires: 10/29/2023

